Merrill Schneider, OSB #77336
merrillschneider@schneiderlaw.com
Schneider Kerr & Robichaux
PO Box 14490
Portland, Oregon 97293
Phone: 503-255-9092
Fax: 503-255-9145
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL BRANDON WILLIAMS,<br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | 3:14-CV-01878-YY<br><br>ORDER FOR ATTORNEY<br>FEES UNDER 42 U.S.C. § 406(b) |

The court finds and orders an attorney fee of $7,475.71 pursuant to 42 U.S.C. § 406(b). The attorney fee of $1,826.34 allowed pursuant to the Equal Access to Justice Act was seized by the Treasury, and thus will not be refunded to Plaintiff.

Dated this  14th  day of  December , 2018.

/s/ Youlee Yim You
_____
Youlee Yim You
United States Magistrate Judge